```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01951-HWV
Charles E. Schuchman                                                Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: JGoodling            Page 1 of 1            Date Rcvd: Jun 05, 2017
                               Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
db          +Charles E. Schuchman,    670 Stouffer Ave,    Chambersburg, PA 17201-2877

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
     James   Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
     Michael John Csonka    on behalf of Debtor Charles E.  Schuchman office@csonkalaw.com,
      kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLES E. SCHUCHMAN, | : | CASE NO. 1:17-bk-01951 |
| Debtor | : | MOTION TO EXTEND |

## ORDER

Upon consideration of the Debtor's Motion to extend, (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and Debtor, Charles E. Schuchman, has until June 9, 2017 to file a completed Chapter 13 petition in this case.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: June 5, 2017