```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 17-01951-HWV
Charles E. Schuchman                                                Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: JGoodling              Page 1 of 2              Date Rcvd: Jun 21, 2017
                               Form ID: ntnew341            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
db             +Charles E. Schuchman,    670 Stouffer Ave,    Chambersburg, PA 17201-2877
4919952        +American Coradius International,    35A Rust Lane,    Boerne, TX 78006-8202
4919953        +American Express,    P O Box 981535,   El Paso, TX 79998-1535
4919955        +Barclays Bank Delaware,    P O Box 8803,   Wilmington, DE 19899-8803
4919956        +BillMeLater,    P O Box 105658,    Atlanta, GA 30348-5658
4919957       ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
                (address filed with court: CACH LLC,     370 17th St,    Ste 5000,   Denver, CO 80202)
4919958        +Capital One Bank USA NA,    P O Box 30281,    Salt Lake City, UT 84130-0281
4919959        +CenturyLink,    C/O Enhanced Recovery Co,    P O Box 1967,   Southgate, MI 48195-0967
4919960        +Chambersburg Hospital,    760 E Washington St,    Chambersburg, PA 17201-2751
4919961        +Comcast Communications,    C/O Enhanced Recovery,    P O Box 57547,   Jacksonville, FL 32241-7547
4919963        +DSNB/Macys,   P O Box 8218,    Mason, OH 45040-8218
4919964        +Dymond Concrete Products,    C/O Valley Credit Service,    12803 Oak Hill Ave,
                 Hagerstown, MD 21742-2919
4919966        +EOS CCA,   700 Longwater Dr,    Norwell, MA 02061-1624
4919965        +Enterprise Car Rental,    6 Vista Brook Ln,    Saint Louis, MO 63124-1537
4919968        +Erie Insurance Exchange,    C/O RMS,    77 Hartland St., Ste 401,   East Hartford, CT 06108-3253
4919972        +KML Law Group PC,    701 Market St,   Ste 5000,    Philadelphia, PA 19106-1541
4919973        +Lincoln Way Animal Hospital,    C/O I C Systems Collections,    P O Box 64378,
                 Saint Paul, MN 55164-0378
4919975        +Mariner Finance LLC,    Diana Holland,    8211 Town Center Dr,   Nottingham, MD 21236-5904
4919976        +National Recovery Agency,    P O Box 67015,    Harrisburg, PA 17106-7015
4920785        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4919977        +Pinnacle Health Cardiovascular Inst,     1000 North Front St,   Lemoyne, PA 17043-1034
4919980        +Progressive Insurance,    C/O Caine & Weiner,    P O Box 5010,   Woodland Hills, CA 91365-5010
4919982        +Sears/CBNA,   P O Box 6282,    Sioux Falls, SD 57117-6282
4919983        +Shank's Lawn Equipment LLC,    4900 Molly Pitcher Hwy,    Chambersburg, PA 17202-8198
4919984        +WF Financial Cards,    CSCL DSP TM MAC N8235-04M,    P O Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4919954        +E-mail/Text: Supportservices@receivablesperformance.com Jun 21 2017 19:03:08       AT&T,
                 C/O Receivables Performance,    20816 44th Ave West,    Lynnwood, WA 98036-7744
4919962        +E-mail/Text: bankruptcy@cbtno.com Jun 21 2017 19:03:18       Crescent Bank and Trust,
                 5401 Jefferson Hwy,    Ste D,   New Orleans, LA 70123-4232
4919967        +E-mail/Text: bankruptcy@erieinsurance.com Jun 21 2017 19:03:10       Erie Insurance,
                 100 Erie Insurance Place,    Erie, PA 16530-9000
4919969        +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 19:06:15       GE Capital/Debt Consolidation,
                 P O Box 981400,    El Paso, TX 79998-1400
4919970        +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 19:06:25       GEMB/Lowes,   P O Box 965005,
                 Orlando, FL 32896-5005
4919971         E-mail/Text: cio.bncmail@irs.gov Jun 21 2017 19:02:42       Internal Revenue Service,
                 Insolvency Admin,    P O Box 7346,   Philadelphia, PA 19101-7346
4935599         E-mail/Text: camanagement@mtb.com Jun 21 2017 19:02:49       M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
4919974         E-mail/Text: camanagement@mtb.com Jun 21 2017 19:02:49       M&T Bank,   P O Box 900,
                 Millsboro, DE 19966
4919976        +E-mail/Text: Bankruptcies@nragroup.com Jun 21 2017 19:03:16       National Recovery Agency,
                 P O Box 67015,    Harrisburg, PA 17106-7015
4919979         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 19:11:44
                 Portfolio Recovery,    120 Corporate Blvd,   Norfolk, VA 23502
4919978        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 19:11:48
                 Portfolio Recoveries Assoc,    120 Corporate Blvd,   Norfolk, VA 23502-4952
4919981        +E-mail/Text: bky@americanprofit.net Jun 21 2017 19:03:02       Scotts Lawn Service,
                 C/O American Profit recovery,    34405 W 12 Mile Rd., Ste 379,   Farmington, MI 48331-5608
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Michael John Csonka    on behalf of Debtor Charles E.  Schuchman office@csonkalaw.com,
           kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles E. Schuchman  
Debtor(s)

Chapter 13

Case No. 1:17−bk−01951−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 10, 2017<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
PO Box 908  
Harrisburg, PA 17108  
(717) 901−2800  

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: JGoodling, Deputy Clerk  

Date: June 21, 2017