# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CHARLES E. SCHUCHMAN

               Debtor(s)

               CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
               Movant                            CASE NO: 1-17-01951-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 26, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on May 11, 2017.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

     **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
     **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                                              Respectfully submitted,
                                                             s/ <u>Charles J. DeHart, III</u>
                                                            Standing Chapter 13 Trustee
                                                            8125 Adams Drive, Suite A
                                                            Hummelstown, PA 17036
                                                            (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES E. SCHUCHMAN   CHAPTER 13

CASE NO: 1-17-01951-HWV

**NOTICE**

The debtor(s) filed a Chapter13 Bankruptcy Petition on May 11, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**

A hearing with the Court has been scheduled for:

Date:   **July 26, 2017**
Time:   **09:30 AM**
Location:   **Ronald Reagan Federal Bldg**
**Bankruptcy Courtroom, 3rd Floor**
**228 Walnut Street**
**Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **July 10, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  June 26, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES E. SCHUCHMAN

Debtor(s)

CHAPTER 13

CASE NO: 1-17-01951-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on June 26, 2017.

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA 17201-

CHARLES E. SCHUCHMAN
670 STOUFFER AVE
CHAMBERSBURG, PA 17201

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: June 26, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES E. SCHUCHMAN

       Debtor(s)                CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant
                                  CASE NO: 1-17-01951-HWV

vs.

CHARLES E. SCHUCHMAN        MOTION TO DISMISS

       Respondent(s)

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.