LOCAL BANKRUPTCY FORM 1007-1(c)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Charles E. Schuchman**                                              Case No.  **1:17-bk-01951**
                                   Debtor(s)                                  Chapter   **13**

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Charles E. Schuchman**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☑ I did not receive payment advices due to factors other than those listed above. (Please explain) **Receives social security and retirement**

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: 6/26/17                                             /s/ Charles E. Schuchman
                                                          **Charles E. Schuchman**
                                                          Debtor

| FOR INQUIRIES CALL: (800) 724-2440 | | ACCOUNT TYPE | |
|---|---|---|---|
| | | MYCHOICE CHECKING | |
| | 00 0 06823M NM 017 | ACCOUNT NUMBER | STATEMENT PERIOD |
| 000004939 FIDS1549D01706021706 05 000000 P | | 573310 | MAY.04-JUN.02,2017 |
| CHARLES E SCHUCHMAN | | BEGINNING BALANCE | $256.88 |
| 670 STOUFFER AVE | | DEPOSITS & CREDITS | 3,564.27 |
| CHAMBERSBURG PA 172012877 | | LESS CHECKS & DEBITS | 2,429.52 |
| UNITED STATES | | LESS SERVICE CHARGES | 0.00 |
| | | ENDING BALANCE | $1,391.63 |

INTEREST EARNED FOR STATEMENT PERIOD     $0.00                    STOUFFER AVENUE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $256.88 | 3 | $3,564.27 | 1 | $700.00 | 14 | $1,729.52 | $0.00 | $1,391.63 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/04/2017 | BEGINNING BALANCE | | | $256.88 |
| 05/05/2017 | M&T ATM CASH WITHDRAWAL ON 05/05 430 STOUFFER AVENUE, CHAMBERSBURG, PA 17201 | | $50.00 | 206.88 |
| 05/10/2017 | SSA TREAS 310 XXSOC SEC | $1,094.00 | | 1,300.88 |
| 05/11/2017 | CHECK NUMBER 5155 | | 700.00 | 600.88 |
| 05/12/2017 | BURGER KING #1086 CHAMBERSBURG | | 4.24 | 596.64 |
| 05/15/2017 | M&T ATM CASH WITHDRAWAL ON 05/13 430 STOUFFER AVENUE, CHAMBERSBURG, PA 17201 | | 60.00 | |
| 05/15/2017 | ATM CASH WITHDRAWAL ON 05/13 755 PHILADELPHIA ACHAMBERSBURG PA | | 202.50 | 334.14 |
| 05/16/2017 | M&T ATM CASH WITHDRAWAL ON 05/16 430 STOUFFER AVENUE, CHAMBERSBURG, PA 17201 | | 30.00 | 304.14 |
| 05/17/2017 | GIANT 6052 CHAMBERSBURG | | 20.83 | |
| 05/17/2017 | M&T ATM CASH WITHDRAWAL ON 05/17 CHAMBRSBRG MAIN, 55 S MAIN ST CHMBRBRG PA 17201 | | 60.00 | 223.31 |
| 05/19/2017 | M&T ATM CASH WITHDRAWAL ON 05/19 430 STOUFFER AVENUE, CHAMBERSBURG, PA 17201 | | 60.00 | |
| 05/19/2017 | M&T ATM CASH WITHDRAWAL ON 05/19 CHAMBRSBRG MAIN, 55 S MAIN ST CHMBRBRG PA 17201 | | 160.00 | 3.31 |
| 05/22/2017 | M&T ATM CASH WITHDRAWAL ON 05/20 CHAMBRSBRG MAIN, 55 S MAIN ST CHMBRBRG PA 17201 | | 500.00 | |
| 05/22/2017 | M&T ATM CASH WITHDRAWAL ON 05/22 CHAMBRSBRG MAIN, 55 S MAIN ST CHMBRBRG PA 17201 | | 500.00 | (996.69) |
| 05/23/2017 | INSUFFICIENT FUNDS FEE-ATM WDL | | 38.50 | (1,073.69) |
| 05/23/2017 | INSUFFICIENT FUNDS FEE-ATM WDL | | 38.50 | |
| 05/30/2017 | DEPOSIT | 1,100.00 | | 26.31 |
| 05/31/2017 | COMM OF PA ANNUITANT | 1,370.27 | | 1,396.58 |
| 06/02/2017 | M&T ADD-ON FEE: NON M&T ATM FEE WAIVER | | 4.95 | 1,391.63 |
| | ENDING BALANCE | | | $1,391.63 |

Case 1:17-bk-01951-HWV    Doc 23    Filed 06/26/17    Entered 06/26/17 11:51:48    Desc
Main Document    Page 2 of 2