```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 17-01951-HWV
Charles E. Schuchman                                           Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1         User: JGoodling           Page 1 of 2         Date Rcvd: Aug 14, 2017
                             Form ID: ntcnfhrg         Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
```
db            +Charles E. Schuchman,    670 Stouffer Ave,    Chambersburg, PA 17201-2877
4919952       +American Coradius International,    35A Rust Lane,    Boerne, TX 78006-8202
4919953       +American Express,    P O Box 981535,    El Paso, TX 79998-1535
4952519        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
4919955       +Barclays Bank Delaware,    P O Box 8803,    Wilmington, DE 19899-8803
4919956       +BillMeLater,    P O Box 105658,    Atlanta, GA 30348-5658
4919957      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: CACH LLC,     370 17th St,    Ste 5000,    Denver, CO 80202)
4919958       +Capital One Bank USA NA,    P O Box 30281,    Salt Lake City, UT 84130-0281
4919959       +CenturyLink,    C/O Enhanced Recovery Co,    P O Box 1967,    Southgate, MI 48195-0967
4919960       +Chambersburg Hospital,    760 E Washington St,    Chambersburg, PA 17201-2751
4919961       +Comcast Communications,    C/O Enhanced Recovery,    P O Box 57547,    Jacksonville, FL 32241-7547
4919963       +DSNB/Macys,    P O Box 8218,    Mason, OH 45040-8218
4919964       +Dymond Concrete Products,    C/O Valley Credit Service,    12803 Oak Hill Ave,
                Hagerstown, MD 21742-2919
4919966       +EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
4919965       +Enterprise Car Rental,    6 Vista Brook Ln,    Saint Louis, MO 63124-1537
4919968       +Erie Insurance Exchange,    C/O RMS,    77 Hartland St., Ste 401,    East Hartford, CT 06108-3253
4919972       +KML Law Group PC,    701 Market St,    Ste 5000,    Philadelphia, PA 19106-1541
4919973       +Lincoln Way Animal Hospital,    C/O I C Systems Collections,    P O Box 64378,
                Saint Paul, MN 55164-0378
4919975       +Mariner Finance LLC,    Diana Holland,    8211 Town Center Dr,    Nottingham, MD 21236-5904
4938239       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4920785       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4919977       +Pinnacle Health Cardiovascular Inst,    1000 North Front St,    Lemoyne, PA 17043-1034
4919980       +Progressive Insurance,    C/O Caine & Weiner,    P O Box 5010,    Woodland Hills, CA 91365-5010
4919982       +Sears/CBNA,    P O Box 6282,    Sioux Falls, SD 57117-6282
4919983       +Shank's Lawn Equipment LLC,    4900 Molly Pitcher Hwy,    Chambersburg, PA 17202-8198
4919984       +WF Financial Cards,    CSCL DSP TM MAC N8235-04M,    P O Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4919954       +E-mail/Text: Supportservices@receivablesperformance.com Aug 14 2017 19:08:02     AT&T,
                C/O Receivables Performance,    20816 44th Ave West,    Lynnwood, WA 98036-7744
4919962       +E-mail/Text: bankruptcy@cbtno.com Aug 14 2017 19:08:11      Crescent Bank and Trust,
                5401 Jefferson Hwy,    Ste D,    New Orleans, LA 70123-4232
4919967       +E-mail/Text: bankruptcy@erieinsurance.com Aug 14 2017 19:08:04      Erie Insurance,
                100 Erie Insurance Place,    Erie, PA 16530-9000
4919969       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2017 19:05:50      GE Capital/Debt Consolidation,
                P O Box 981400,    El Paso, TX 79998-1400
4919970       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2017 19:05:38      GEMB/Lowes,    P O Box 965005,
                Orlando, FL 32896-5005
4919971        E-mail/Text: cio.bncmail@irs.gov Aug 14 2017 19:07:22      Internal Revenue Service,
                Insolvency Admin,    P O Box 7346,    Philadelphia, PA 19101-7346
4935599        E-mail/Text: camanagement@mtb.com Aug 14 2017 19:07:29      M&T BANK,    PO BOX 1288,
                Buffalo, NY 14240
4919974        E-mail/Text: camanagement@mtb.com Aug 14 2017 19:07:29      M&T Bank,    P O Box 900,
                Millsboro, DE 19966
4919976       +E-mail/Text: Bankruptcies@nragroup.com Aug 14 2017 19:08:10      National Recovery Agency,
                P O Box 67015,    Harrisburg, PA 17106-7015
4919979        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2017 19:11:12
                Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
4919978       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2017 19:11:06
                Portfolio Recoveries Assoc,    120 Corporate Blvd,    Norfolk, VA 23502-4952
4919981       +E-mail/Text: bky@americanprofit.net Aug 14 2017 19:07:52      Scotts Lawn Service,
                C/O American Profit recovery,    34405 W 12 Mile Rd., Ste 379,    Farmington, MI 48331-5608
                                                                                               TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Michael John Csonka   on behalf of Debtor Charles E.  Schuchman office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Charles E. Schuchman<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17–bk–01951–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**September 13, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 27, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 14, 2017 |