# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES E. SCHUCHMAN                    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                            CASE NO:   1-17-01951-HWV

CHARLES E. SCHUCHMAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on January 17, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of January 17, 2018, the Debtor(s) is/are $2614.00 in arrears with a plan payment having never been made .

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

    Respectfully Submitted,
    /s/  Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA  17036
    Phone:  (717) 566-6097

Dated: January 17, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES E. SCHUCHMAN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CHARLES E. SCHUCHMAN

CASE NO: 1-17-01951-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 17, 2018.

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA  17201-

CHARLES E. SCHUCHMAN
670 STOUFFER AVE
CHAMBERSBURG, PA  17201

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  January 17, 2018