```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 17-01951-HWV
Charles E. Schuchman                                                     Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge                Page 1 of 2                  Date Rcvd: Jan 19, 2018
                               Form ID: pdf010              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Charles E. Schuchman,    670 Stouffer Ave,    Chambersburg, PA 17201-2877
4919952        +American Coradius International,    35A Rust Lane,    Boerne, TX 78006-8202
4919953        +American Express,    P O Box 981535,    El Paso, TX 79998-1535
4952519         American Express Centurion Bank,     c/o Becket and Lee LLP,     PO Box 3001,
                 Malvern PA 19355-0701
4919955        +Barclays Bank Delaware,    P O Box 8803,    Wilmington, DE 19899-8803
4919956        +BillMeLater,    P O Box 105658,    Atlanta, GA 30348-5658
4919958        +Capital One Bank USA NA,    P O Box 30281,    Salt Lake City, UT 84130-0281
4919959        +CenturyLink,    C/O Enhanced Recovery Co,    P O Box 1967,    Southgate, MI 48195-0967
4919960        +Chambersburg Hospital,    760 E Washington St,    Chambersburg, PA 17201-2751
4919961        +Comcast Communications,    C/O Enhanced Recovery,    P O Box 57547,    Jacksonville, FL 32241-7547
4919963        +DSNB/Macys,    P O Box 8218,    Mason, OH 45040-8218
4919964        +Dymond Concrete Products,    C/O Valley Credit Service,     12803 Oak Hill Ave,
                 Hagerstown, MD 21742-2919
4919966        +EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
4919965        +Enterprise Car Rental,    6 Vista Brook Ln,    Saint Louis, MO 63124-1537
4919968        +Erie Insurance Exchange,    C/O RMS,    77 Hartland St., Ste 401,    East Hartford, CT 06108-3253
4919969        +GE Capital/Debt Consolidation,    P O Box 981400,    El Paso, TX 79998-1400
4919972        +KML Law Group PC,    701 Market St,    Ste 5000,    Philadelphia, PA 19106-1541
4919973        +Lincoln Way Animal Hospital,    C/O I C Systems Collections,     P O Box 64378,
                 Saint Paul, MN 55164-0378
4919975        +Mariner Finance LLC,    Diana Holland,    8211 Town Center Dr,    Nottingham, MD 21236-5904
4938239        +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4919977        +Pinnacle Health Cardiovascular Inst,     1000 North Front St,    Lemoyne, PA 17043-1034
4919980        +Progressive Insurance,    C/O Caine & Weiner,    P O Box 5010,    Woodland Hills, CA 91365-5010
4919982        +Sears/CBNA,    P O Box 6282,    Sioux Falls, SD 57117-6282
4919983        +Shank's Lawn Equipment LLC,    4900 Molly Pitcher Hwy,    Chambersburg, PA 17202-8198
4919984        +WF Financial Cards,    CSCL DSP TM MAC N8235-04M,     P O Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4919954        +E-mail/Text: Supportservices@receivablesperformance.com Jan 19 2018 19:22:36       AT&T,
                 C/O Receivables Performance,    20816 44th Ave West,    Lynnwood, WA 98036-7744
4919957        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2018 19:24:21       CACH LLC,
                 370 17th St,    Ste 5000,    Denver, CO 80202-5616
4919962        +E-mail/Text: bankruptcy@cbtno.com Jan 19 2018 19:22:44       Crescent Bank and Trust,
                 5401 Jefferson Hwy,    Ste D,    New Orleans, LA 70123-4232
4919967        +E-mail/Text: bankruptcy@erieinsurance.com Jan 19 2018 19:22:37       Erie Insurance,
                 100 Erie Insurance Place,    Erie, PA 16530-9000
4919970        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 19:24:03       GEMB/Lowes,    P O Box 965005,
                 Orlando, FL 32896-5005
4919971         E-mail/Text: cio.bncmail@irs.gov Jan 19 2018 19:21:59       Internal Revenue Service,
                 Insolvency Admin,    P O Box 7346,    Philadelphia, PA 19101-7346
4935599         E-mail/Text: camanagement@mtb.com Jan 19 2018 19:22:03       M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
4919974         E-mail/Text: camanagement@mtb.com Jan 19 2018 19:22:03       M&T Bank,    P O Box 900,
                 Millsboro, DE 19966
4919976        +E-mail/Text: Bankruptcies@nragroup.com Jan 19 2018 19:22:41       National Recovery Agency,
                 P O Box 67015,    Harrisburg, PA 17106-7015
4919979         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2018 19:24:33
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
4972746         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2018 19:24:11
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
4920785        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2018 19:24:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4919978        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2018 19:24:34
                 Portfolio Recoveries Assoc,    120 Corporate Blvd,    Norfolk, VA 23502-4952
4919981        +E-mail/Text: bky@americanprofit.net Jan 19 2018 19:22:27       Scotts Lawn Service,
                 C/O American Profit recovery,    34405 W 12 Mile Rd., Ste 379,    Farmington, MI 48331-5608
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Michael John Csonka    on behalf of Debtor 1 Charles E. Schuchman office@csonkalaw.com,
           kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Charles E. Schuchman | Chapter: 13 |
| Debtor(s) | Case No.: 1:17-bk-01951-HWV |
| Charles J. DeHart, III, Trustee | |
| vs. Movant(s) | |
| Charles E. Schuchman | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: January 19, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge
(KB)

Order Dismissing Case with Parties - Revised 9/17